UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Tayshawn Fields
        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

12-cr-111-17 (CS)

Defendant Tayshawn Fields hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

~~☐~~ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_T. Fields_
Defendant's Signature by Deveraux Cannick
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Tayshawn Fields
Print Defendant's Name

_Deveraux Cannick_
Defendant's Counsel's Signature

Deveraux L. Cannick
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/13/20
Date

U.S. District Judge/U.S. Magistrate Judge